SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

     Plaintiff,

    vs.

American Gas, Inc., et al,

     Defendants

Case No.: CIV.S 10-cv-01595-MCE-EFB

**PLAINTIFF'S REQUEST FOR
DISMISSAL OF TAHOE BLUE
PROPERTY, INC.; ORDER**

**CASE TO REMAIN OPEN AS TO
REMAINING DEFENDANTS**

    **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Tahoe Blue Property, Inc.) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open as to the remaining Defendants. Defendant (Tahoe Blue Property, Inc.) is dismissed because Plaintiff is unable to effect proper service.

Dated: August 9, 2010

      /s/Scott N. Johnson
      SCOTT N. JOHNSON
      Attorney for Plaintiff

    **IT IS SO ORDERED**.

Dated: August 12, 2010

      MORRISON C. ENGLAND, JR
      UNITED STATES DISTRICT JUDGE

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-10-01595-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com